UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **03-20774-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**GILBERTO RODRIGUEZ-OREJUELA,**
Reg. #14023-059

        Defendant.
_____/

### ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon defendant's motion for compassionate release **[D.E. #310]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the Government and the Warden of FCI Butner, North Carolina respond to defendant's motion no later than **January 22, 2020.**

DONE and ORDERED in Miami-Dade County Florida, this _5_ day of December, 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Warden, FCI Butner Medium II
Federal Correctional Institution
P.O. Box 1500
Butner, NC 27509