UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-CR-20774-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GILBERTO RODRIGUEZ-OREJUELA,

    Defendant.
_____/

## ORDER SETTING HEARING ON MOTION FOR COMPASSIONATE RELEASE

THIS CAUSE came before the Court upon Defendant's Motion for Compassionate Release **(D.E. 310)**, filed on **October 22, 2019**. It is

**ADJUDGED** that a hearing on the motion shall take place without the Defendant before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Wednesday, February 5, 2020 at 2:00 p.m.** Counsel for both parties shall also be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record