UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-CR-20774-MORENO

UNITED STATES OF AMERICA

vs.

GILBERTO RODRIGUEZ-OREJUELA
_____/

## NOTICE OF FILING

Gilberto Rodriguez-Orejuela files the attached Affidavit of Andre Rodriguez Ramirez in support of his Motion for Compassionate Release. (Doc. 310-311).

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street, PH 1
Miami, Florida 33128
Tel: (305) 379-6667

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

And

/s/ James B. Craven III
James B. Craven III
P.O. Box 1366
Durham, NC 27702
(919)688-8295
JBC64@MINDSPRING.COM