# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __03-20774-CR-MORENO__  Date: __February 5, 2020__

Clerk: __Shirley Christie__  Reporter: __Gilda Pastor-Hernandez__

USPO: __N/A__  Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __Gilberto Rodriguez-Orejuela__

AUSA: __Lisa Hirsch/Lynn Kirkpatrick__

Defendant(s) Counsel: __David Markus, Esq./Marc Seitles, Esq.__

**Defendant(s):**  Present_____  Not Present __xxxx__  In Custody_____

Reason for hearing: __**Motion Hearing [D.E. #310, 311]**__

Result of hearing: __**Take under advisement.**__
__**Counsel will file medical records of the defendant.**__

TIME: 50 minutes