UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  03-CR-20774-MORENO

UNITED STATES OF AMERICA

vs.

GILBERTO RODRIGUEZ-OREJUELA
_____/

**GILBERTO RODRIGUEZ-OREJUELA'S TIME-SENSITIVE COVID-19 SUPPLEMENTAL FILING**

Gilberto Rodriguez-Orejuela files this Time-Sensitive Supplement Requesting Release and states as follows:

Gilberto Rodriguez-Orejuela is 81 years old and has been documented in prior filings, his health is extremely fragile. Due to the COVID-19 pandemic, we are concerned that when such a virus spreads to the facility where he is incarcerated, it will be a death sentence to Mr. Rodriguez-Orejuela.  Because there were already sufficient reasons to release him, this crisis gives the Court further reasons to grant his motion.  The prisons are already stressed to the maximum, and numerous other prison systems are releasing prisoners in order to release the stress.  One example is Ohio, where hundreds of prisoners were just released.  https://fox59.com/news/ohio-jail-releases-hundreds-of-inmates-due-to-concern-of-coronavirus-spread/.

The New York Times has explained that jails are a much more dangerous place to be than a cruise ship. *See* "*An Epicenter of the Pandemic Will be Jails and Prisons, if Inaction Continues*," The New York Times, March 16, 2020 available at https://www.nytimes.com/2020/03/16/opinion/coronavirus-in-jails.html.   There is no hand

1

sanitizer in federal prison and the air circulation is poor. Soap is only available if one can purchase it from commissary.

The humane and compassionate thing to do would be to release Gilberto Rodriguez-Orejuela. He is in poor health. He is 81 years old. And when (not if) COVID-19, hits his prison, he will not have much of a chance.

    Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH 1
Miami, Florida 33128
Tel: (305) 379-6667

By:    /s/ David Oscar Markus
        DAVID OSCAR MARKUS

        Florida Bar Number 119318
        dmarkus@markuslaw.com

    And

/s/ James B. Craven III
James B. Craven III
P.O. Box 1366
Durham, NC 27702
(919)688-8295
JBC64@MINDSPRING.COM