UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-CR-20774-MORENO

UNITED STATES OF AMERICA

vs.

GILBERTO RODRIGUEZ-OREJUELA
_____/

SUPPLEMENTAL AUTHORITY IN SUPPORT OF COMPASSIONATE RELEASE

Every day the COVID-19 situation gets much worse in our federal prisons. The virus is spreading like wildfire, especially in the prisons. Guards and prisoners are contracting the disease, and prisoners are dying. For this reason, judges around the country are releasing inmates on a daily basis under the First Step Act. If we filed a supplemental authority notice every time that happened, we would be filing multiple pleadings a day, so we will not do that. However, we do think it is worth noting here that the Attorney General is urging that at-risk and vulnerable inmates, like Gilberto Rodirguez-Orejuela, be released. *See* attached memorandum, dated April 3.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street, PH 1
Miami, Florida 33128
Tel: (305) 379-6667
dmarkus@markuslaw.com


By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS

      and

      James B. Craven III
      P.O. Box 1366
      Durham, NC 27702
      (919)688-8295