UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **03-20774-CR-MORENO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

                                      **NOTICE OF FILING**

**GILBERTO RODRIGUEZ-OREJUELA,**

        **Defendant.**
_____/

THE COURT hereby files the attached letter in the above styled case.

DONE and ORDERED in Miami-Dade County Florida this 23rd day of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution II
P.O. Box 1500
Butner, NC 27509

June 01, 2022

Honorable Federico A. Moreno
United States District Senior Court Judge
Wilkie D. Ferguson Jr., United States Court House
400 North Miami Avenue, Room 12-2
Miami, FL 33128

RE:  Rodriguez-Orejuela, Gilberto
Reg. No.: 14023-059
Docket No.: 03-20774-CR-MORENO

Dear Judge Moreno:

This letter is to advise you Mr. Gilberto Rodriguez-Orejuela, who was sentenced in in your court on September 26, 2006, died at approximately 6:54 pm, on May 31, 2022. The cause of death was determined to be Primary CNS Lymphoma.

Mr. Rodriguez-Orejuela was serving a 360 months sentence for Conspiracy to Import Five Kilograms or More of Cocaine, a Class A felony, and 87 months for Conspiracy to Engage in Money Laundering.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

For ZZ

Lynne B. Kelly
Warden
FCI II Butner

Page Two
Rodriguez-Orejuela, Gilberto
Reg. No.: 14023-059

cc:

Matthew Axelrod, Assistant United States Attorney, Southern District of Florida
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Consuelo M. Irimia, Chief
United States Probation Office
Wilkie D. Ferguson, Jr., United States Courthouse
400 North Miami Avenue, 9th Floor South
Miami, FL 33128

J. C. Petrucci
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701